UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO. 19-24353-CIV-KING/REID

LENNCY JEUDY,

    Plaintiff,

v.

U.S. DEPARTMENT OF LABOR and
OFFICE OF THE INSPECTOR GENERAL,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the November 3, 2020 Report and Recommendation ("R&R") (DE 13) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by November 17, 2020; none were filed.

On October 21, 2019, Plaintiff Lenncy Jeudy, a *pro se* federal prisoner at Coleman Medium, Federal Correctional Institution, filed this action seeking money damages for lost or stolen property. *See* Compl., DE 1. Plaintiff was granted leave to proceed *in forma pauperis*. DE 6. Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court is required to screen for potential lack of subject-matter jurisdiction of complaints filed *in forma pauperis*. (*See generally* R&R).

The R&R recommends dismissing this case for lack of subject matter jurisdiction because "Plaintiff's claim for monetary damages for loss of property seized by agents during the execution of a search warrant, falls under the exception to the United States' waiver of sovereign immunity as set forth in 28 U.S.C. 2680(c)." *Id.* at 5. "Claims that are exempt under the Federal Tort Claims act, i.e., do not fall within the purview the United States waiver of sovereign

immunity, should be dismissed for lack of subject matter jurisdiction." *Id*. (citing *Schlaebitz v. U.S. Dep't of Justice,* 924 F.2d 193, 195 (11th Cir. 1991)). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 13)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Complaint is hereby **DISMISSED for lack of subject matter jurisdiction**; and

3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of December, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Lisette M. Reid
All counsel of record
Clerk of Court
Lenncy Jeudy, *pro se*